**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| PIONEER CORPORATE SERVICES, INC., | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No. _____    **21-1854 C** |
| THE UNITED STATES, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

**MOTION FOR LEAVE TO FILE UNDER SEAL**
**AND REQUEST FOR ISSUANCE OF A PROTECTIVE ORDER**

Plaintiff Pioneer Corporate Services, Inc., requests leave of the Court to file under seal the Complaint and Memorandum that accompanies this Motion. The Complaint contains company-proprietary information, agency source selection information, and was recently subject to a GAO protective order in a GAO protest. The disclosure of information included in this Complaint could constitute a violation of the GAO protective order and, in addition, is likely to cause serious competitive harm to the Plaintiff.

Accordingly, the Plaintiff respectfully requests leave to file the Complaint under seal in this Court. In addition, the Plaintiff Pioneer Corporate Services, Inc. requests that this Court issue a Protective Order in this matter for these same reasons.

Dated: September 14, 2021        Respectfully submitted,

s/ William T. Welch

_____

William T. Welch
McMAHON, WELCH AND LEARNED, PLLC
2100 Reston Parkway, Suite 450
Reston, VA  20191
(703) 483-2812 (Direct Dial)
WWelch@MWLLegal.com
        Attorney of Record